**Nationwide Capital Corporation**
910 Holcomb Bridge Road, Suite 200
Roswell, Georgia 30076

# LEASE AGREEMENT

Lease Number: 13022051-2

| | | | |
|---|---|---|---|
| **LESSEE** | Legal Name: Bourne Bridge Auto Sales, Inc. | Contact: Jeff Denesha | Phone No.: 508-760-2700 |
| | Business Street Address / City / State / Zip: 527 Station Avenue South Yarmouth, MA 02664 | County: Barnstable | Tax Identification No.: 04-2320091 |
| **SUPPLIER** | Name: B & Z Productions, LLC | Contact: Nicole Vadnais | Phone No.: 401-385-9456 |
| **PROPERTY** | Property Location (If different than above): HostTech Communications / 1155 Westminster Street / Providence, RI 02909 | | |
| | Quantity and Description: One (1) Digital Marketing System, Software License # 2162-368 | | |
| **KEY TERMS** | Lease Term (Months): 60 Months | Payment Amount: $3,950.00 | Advance Payments: In Arrears |

1. LEASE: Lessee ("you or your") agrees to lease from Lessor ("we, us or our") the Property described above ("the Property") on the terms contained in this Lease Agreement and all related documents ("this Lease"). The Property is described in greater detail on the sales invoice from the supplier of the Property identified above (the "Supplier"). You authorize us to correct errors in the information contained in this Lease, enter additional omitted information and date this Lease on your behalf. We will send you a copy of the final version of this Lease. This Lease is a complete and exclusive statement of your and our agreement for the lease of the Property, and may be modified in writing only. WE ARE INDEPENDENT OF THE SUPPLIER, AND NO EMPLOYEE OR AGENT OF THIS SUPPLIER IS AUTHORIZED TO MODIFY THIS LEASE OR MAKE ANY REPRESENTATION OR WARRANTY ON OUR BEHALF.

2. TERM: This Lease will start when we sign it, and will continue for the lease term specified above (the "Term"). ONCE WE HAVE SIGNED THIS LEASE, YOU MAY NOT CANCEL THIS LEASE FOR ANY REASON.

3. RENT: You will pay us rent in the amount(s) and at the frequency specified on the front of this Lease, without abatement for any reason. Payment amounts are based upon the total amount expected to be financed for the purchase of the Property, INCLUDING A FEE FOR PREPARING THIS LEASE. We will adjust the amount of the payments if the actual amount financed is different. Unless otherwise specified on this Lease, the first rental payment will be due on the first day of the month following acceptance of the Property and subsequent rental payments will be due on the same day of each month. We will charge you an interim rental payment for the time between the acceptance of the Property and the first rent due date. Advance rental payments will be applied to your first payment and then to your last payment(s). We will require you to acknowledge your unconditional acceptance of the Property in writing. IF ALL OR PART OF A RENTAL PAYMENT IS NOT PAID WHEN DUE, WE MAY CHARGE YOU THE GREATER OF $25.00 OR 10% OF THE AMOUNT PAST DUE. We shall determine the order in which your payments are applied to your outstanding obligations owing to us.

4. SOFTWARE LICENSE. You agree (i) we have not had, do not have nor shall have title to such software (ii) you executed or will execute a separate software license agreement and we are not party to, nor have any responsibility whatsoever, in regards to such license agreement and (iii) YOUR LEASE PAYMENTS AND OTHER OBLIGATIONS UNDER THIS AGREEMENT SHALL IN NO WAY BE DIMINSHED ON ACCOUNT OF OR IN ANY WAY RELATED TO THE ABOVE SAID SOFTWARE LICENSE AGREEMENT. YOU HEREBY GRANT US A SECURITY INTEREST IN THE SOFTWARE LICENSE IN OUR FAVOR. TERMS OF THIS LEASE ARE CONTINUED ON PAGE 2.

| | |
|---|---|
| Bourne Bridge Auto Sales, Inc. | Nationwide Capital Corporation |
| Lessee's Name | Lessor's Name |
| X [signature] | X [signature] |
| Lessee's Signature | Lessor's Signature |
| JEFFREY DENESHA PRES | X Rozanne R. Lindsey, VP |
| Signers Printed Name & Title | Signers Printed Name & Title |
| 10/10/05 | November 8, 2005 |
| Date | Date |



NCC-S

5. OWNERSHIP: The Property will at all times be our property and you will have no right, title or interest in the Property except as to its use subject to the terms and conditions of the Lease. You transfer to us all of your rights, title and interest (including ownership interest) in and to the Property, free and clear of all liens, security interest and encumbrances. You and we agree that this Lease is a "true lease" and not one intended as security under the Uniform Commercial Code ("UCC"). You authorize us to file UCC financing statements or precautionary filings, as we deem necessary. In the unlikely event this Lease is determined to be a lease intended as security, you grant us a security interest in the Property to secure your payment and performance. We will have all rights and remedies under the UCC.

6. SELECTION, PURCHASE AND QUALITY OF PROPERTY: YOU SELECTED BOTH THE PROPERTY AND THE SUPPLIER. WE ARE LEASING THE PROPERTY TO YOU, "AS IS" AND MAKE NO REPRESENTATION OR WARRANTY OF ANY KIND REGARDING THE PROPERTY (INCLUDING IMPLIED WARRANTIES OF MERCHANTIBILITY, FITNESS FOR A PARTICULAR PURPOSE, AND ABSENCE OF INFRINGEMENT). YOUR OBLIGATIONS UNDER THIS LEASE ARE ABSOLUTE, AND MAY NOT BE REDUCED OR OFFSET FOR ANY REASON. THOSE OBLIGATIONS WILL BE UNAFFECTED BY THE LOSS OR DESTRUCTION OF THE PROPERTY, ANY DISPUTE WITH ANY PARTY ABOUT THE PERFORMANCE OR SERVICING OF THE PROPERTY, OR THE OBSOLESCENCE OR DIMINISHED UTILITY OF THE PROPERTY. YOU ARE THE BENEFICIARY OF ANY PROMISES OR WARRANTIES EXTENDED TO US BY THE SUPPLIER, AND YOU MAY CONTACT THE SUPPLIER FOR A DESCRIPTION OF THOSE RIGHTS.

7. USE, REPAIRS AND SERVICE: You will use the Property for commercial purposes only. You will not alter the Property, allow it to be used by anyone other than you or your employees, or, without our permission, move it to a location different from the Property location specified on the front of this Lease (the "Property Location"). You will not permanently integrate the Property with any realty, and it will remain personal property. You will use the Property only in the manner for which it was intended, keep it in good condition, and service it in accordance with the manufacturer's instructions. All replacement parts and additions to the Property either become our property or are subject to our security interest.

8. RISK OF LOSS AND INSURANCE: YOU BEAR THE RISK OF LOSS FOR THE PROPERTY FROM THE TIME THAT IT IS SHIPPED TO YOU, UNTIL IT IS RETURNED TO US AT THE DESTINATION SPECIFIED BY US. You will keep the Property insured for its replacement cost, against all standard risks, and you will name us as Loss Payee. If we have title to the Property, you will also carry public liability insurance, in an amount specified by us, naming us as an Additional Insured. YOU GIVE US POWER OF ATTORNEY TO ENDORSE AND NEGOTIATE CHECKS PAID TO YOU AS PROCEEDS OF INSURANCE REQUIRED BY THIS SECTION. If you fail to provide us with evidence of such insurance, we may purchase insurance covering the Property that benefits us only. Insurance purchased by us may include coverage beyond those required by this Section. You shall pay us for the cost of such insurance, including: (a) premium expense, (b) premium finance charges, and (c) fees for billing and other administrative services. Our affiliates may act as insurance carrier, premium finance company and/or insurance administrator, and may be compensated through premium charges, commissions, premium rebates and fees. WE ENCOURAGE YOU TO OBTAIN YOUR OWN INSURANCE, SINCE IT IS LIKELY TO COST YOU LESS AND MORE THOROUGHLY PROTECT YOUR INTEREST IN THE PROPERTY. We will promptly discontinue any insurance that we have purchased protecting our interest in the Property, when you provide us with evidence of your own insurance meeting the requirements of this Section.

9. TAXES: You are responsible for all taxes and other fees imposed in connection with the lease, use or ownership of the Property (including sales, use, and property taxes). If we have title to the Property, we will pay the applicable property taxes. We will either ask you to reimburse us for the amount that we pay, or we will estimate the annual charge and bill you a ratable portion with each rental payment. TO DEFRAY THE COST OF DECLARING AND PAYING YOUR PROPERTY TAX, WE MAY CHARGE YOU AN ANNUAL FEE.

10. INDEMNITY: You will defend us (using counsel approved by us) against all claims and costs (including fees of counsel) relating to the Property or this Lease, including those arising from the manufacture, installation, maintenance, use or ownership of the Property, and you will promptly pay all such claims and costs as they arise. If we have title to the Property, you will reimburse us for any economic loss resulting from an adverse change in the depreciation method(s) or the recovery period(s) available for the Property. These indemnities survive the termination or expiration of this Lease.

11. DEFAULT: You will be in default under this Lease if: (a) you fail to make any payment required by this Lease within ten (10) days of its due date, (b) you fail to comply with any other term of this Lease or any other agreement with us or an affiliate of ours, (c) you or any guarantor of your obligations dies, transfers a significant portion of your assets, or goes out of business, or (d) you or any guarantor of your obligations becomes insolvent or subject to bankruptcy, receivership, or similar reorganization or liquidation proceedings. If we waive your performance of any term of this Lease at one or more times, it will not preclude us from enforcing that term at a later time.

12. REMEDIES AND RECOVERY COSTS: Upon your default under this Lease, you will promptly compensate us for the loss of our bargain (the "Damages"). The amount of Damages will be determined as of the time that you make payment to us for the Damages, and will be equal to the sum of: (a) all past due amounts owing under this Lease, (b) an estimate of any property tax which we will owe for the Property, (c) all amounts yet to become due under this Lease, and (d) the amount of any nominal price or estimated fair market value purchase option or, in the case of a fair market value purchase option, the residual value which we expected to realize for the Property. We may also terminate this Lease and require you to return the Property to us in the manner specified in Section 12. If you fail to do so, we may go to the Property Location and repossess the Property. If we sell or re-lease the Property, we will credit you for the present value of the sale or re-lease proceeds. We will provide you with ten (10) days advance notice of any sale of the Property, which you acknowledge is reasonable. You will also pay for our reasonable collection and legal costs, including attorney's fees, plus interest on all amounts due at the rate of 18% per year from the date of default until the date paid to us. In the event that you repudiate this Lease before we pay the Supplier for the Property, you agree to pay the equivalent of one (1) monthly payment to us for the Damages.

13. RENEWAL OPTION AND RETURN OF PROPERTY: If you have performed all of your Obligations contained in this Lease, you will have the option to renew the Lease. You will continue to pay rent at the same periodic rentals required during the initial Lease Term until you either renew the Lease or until sixty (60) days after giving us written notice of your intent to return the Property.

14. TRANSFER AND SUBLEASE: YOU MAY NOT ASSIGN YOUR RIGHTS OR DELEGATE YOUR OBLIATIONS UNDER THIS LEASE, OR SELL OR SUBLET THE PROPERTY. We may transfer or assign our interest or any portion thereof in this Lease or the Property at any time. All rights contained in this Lease to receive rents and other amounts under this Lease will not be subject to any claims or defenses that you may have against us or any other party.

15. SECURITY FEATURE: LESSEE ACKNOWLEDGES THAT THE PROPERTY MAY CONTAIN OR BE PROGRAMMED WITH A TIMED SECURITY FEATURE, WHICH MAY RESULT IN LIMITATION OF SYSTEM FUNCTIONALITY AND USER ACCESSIBILITY IN THE EVENT LESSEE FAILS TO MAKE TIMELY PAYMENTS UNDER THIS LEASE.

16. FINANCIAL INFORMATION: You will promptly provide current financial statements, tax returns or other financial information as we may request.

17. GOVERNING LAW AND PLACE FOR SUIT: THIS LEASE IS GOVERNED BY THE LAWS OF THE STATE WHERE LESSOR OR ITS ASSIGNS RESIDE. YOU AND WE BOTH: (a) CONSENT TO THE EXCLUSIVE JURISDICTION OF COURTS IN THE STATE WHERE LESSOR OR ITS ASSIGNS RESIDE TO RESOLVE ANY DISPUTE ABOUT THIS LEASE, (b) WAIVE THE RIGHT TO A JURY TRIAL AND (c) AGREE THAT LEGAL PROCESS MAY BE SERVED BY CERTIFIED MAIL.

18. MISCELLANEOUS: All notices required by this Lease must be in writing. To the extent that they conflict, the terms and conditions of the Lease will supercede and take precedence over the terms and conditions of any agreement between Lessee, Lessor and/or Supplier.

______________________(Initials)