**_NATIONWIDE CAPITAL CORPORATION_**

*910 Holcomb Bridge Road*
*P.O. Box 1523*
*Roswell, Georgia 30077*
*(770) 998-5700*
*Fax (770) 998-5769*

COPY

November 9, 2005

Mr. Jeffrey Denesha
Bourne Bridge Auto Sales, Inc.
d/b/a Hyannis SAAB
527 Station Avenue
South Yarmouth, Massachusetts 02664

Reference: Notice of Assignment, Lease Number **13022051-2** by and between Bourne Bridge Auto Sales, Inc., as Lessee and Nationwide Capital Corporation as Lessor

Dear Jeffrey:

Nationwide Capital Corporation ("Lessor") intends to assign all of its rights under the Lease and its security interest in the equipment to Continental Bank.

All payments, commencing with the payment due on **January 5, 2006** due under the Lease should be paid in immediately available funds to Continental Bank at the following address:

**Continental Bank**
15 West South Temple
Suite 420
Salt Lake City, Utah 84101

You will receive an invoice each month from Continental Bank, however if you should not receive an invoice in sufficient time to make your first payment, please forward your check along with a copy of this letter to Continental Bank.

Thank you for the opportunity to handle your leasing needs. If you have any questions concerning your account, please contact me.

Sincerely,

Rozanne Lindsey

Rozanne R. Lindsey