# ASSIGNMENT OF LEASE

**(WITHOUT RECOURSE)**

**COPY**

| | |
|---|---|
| **LESSEE:** | **Bourne Bridge Auto Sales, Inc.** |
| **ADDRESS:** | **527 Station Avenue**<br>**South Yarmouth, Massachusetts 02664** |
| **LESSOR / ASSIGNOR:** | **Nationwide Capital Corporation** |
| **DATE OF LEASE:** | **November 8, 2005** |
| **LEASE NUMBER:** | **13022051-2** |
| **DATE OF ASSIGNMENT:** | **November 9, 2005** |

For valuable consideration, the receipt whereof is hereby acknowledged, the Assignor hereby sells, assigns, transfers, and sets over to **Continental Bank,** ("Assignee") without recourse as to the financial ability of the Lessee to pay, the attached Lease and all documents (collectively referred to herein as the Lease) and all Assignor's rights and interest in and to the property therein described ("Property"), and all rights and remedies therein, including the right to collect lease payments due thereon.

The Assignor states to the best of his knowledge and belief that the Lease and all documents connected therewith including guaranties, if any and each of them are genuine and in all respects what they purport to be and enforceable according to their terms and that the Assignor has no knowledge of any facts which impair the validity of the Lease or make the same less valuable.

The Assignor expressly warrants and represents that the Lease and related documents arise out of a Lease with the person therein named as Lessee, that all payments received, have been made by Lessee in cash and not otherwise unless otherwise stated in the Lease; and that the Assignor has not and will not create any other lien, mortgage, encumbrance or security interest upon the Lease or any of the Property covered by the Lease hereby assigned.

Upon payment in full of all rents, charges and other amounts due under the Lease (excluding, amounts in respect of options to purchase or renew under the Lease) Assignee shall convey to the Assignor, the Lease and all rights, title and interest in and to the Property conveyed and granted hereunder on an AS-IS, WHERE-IS basis and without representation of warranty.

This Agreement has been delivered to Assignee and shall be construed under the laws of the State of Georgia.

**ASSIGNOR:**

**Nationwide Capital Corporation**

By: [signature]

Title: VP

**ASSIGNEE:**

**Continental Bank**

By: [signature]

Title: President