# CONTINENTAL BANK

November 22, 2006

Bourne Bridge Auto Sales, Inc.
dba Hyannis SAAB
527 Station Avenue
South Yarmouth, MA 02664

VIA: CERTIFIED MAIL

Re: Lease Number: 1302200512

Dear Jeffrey Denesha,

Our records indicate that the above referenced lease is past due for the October 5 and November 5, 2006 payments. We can no longer carry your transaction in a past due status and do hereby make demand upon you for the payment of $8,690.00 which is the amount needed to bring your lease current and includes all currently assessed late charges.

In the event your remittance is not received on or before December 4, 2006 we will proceed immediately with all legal remedies available to us to collect your transaction. As per the terms of the Lease Agreement you will be liable for all legal costs that we might incur including attorney's fees, filing fees and court costs.

We shall expect to receive the above-indicated payment by the due date stated. You may contact me at (801) 595-7000 should you have any questions or want to make arrangements for payment. We trust that you will give this matter your immediate attention.

You are further advised that a negative credit report regarding your account may be submitted to all credit-reporting agencies.

Respectfully,

Lisa Denney
Credit Operations Officer

Cc: BZ Productions

15 West South Temple, Suite 420, Salt Lake City, Utah 84101
(801) 595-7000 • (801) 595-7053 *(fax)*

Compound Period ......... : Monthly

Nominal Annual Rate .... : 5.000 %

CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Lease Payment | 10/05/2006 | 3,950.00 | 2 | Monthly | 11/05/2006 |
| 2 | Lease | 12/05/2006 | 183,420.12 | 1 | | |
| 3 | Lease Payment | 12/05/2006 | 3,950.00 | 49 | Monthly | 12/05/2010 |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Lease | Lease Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 1 | 10/05/2006 | | 3,950.00 | 0.00 | 3,950.00 | 3,950.00- |
| 2 | 11/05/2006 | | 3,950.00 | 16.46- | 3,966.46 | 7,916.46- |
| Lease | 12/05/2006 | 183,420.12 | | 32.99- | 32.99 | 175,470.67 |
| 3 | 12/05/2006 | | 3,950.00 | 0.00 | 3,950.00 | 171,520.67 |
| 2006 Totals | | 183,420.12 | 11,850.00 | 49.45- | 11,899.45 | |
| 4 | 01/05/2007 | | 3,950.00 | 714.67 | 3,235.33 | 168,285.34 |
| 5 | 02/05/2007 | | 3,950.00 | 701.19 | 3,248.81 | 165,036.53 |
| 6 | 03/05/2007 | | 3,950.00 | 687.65 | 3,262.35 | 161,774.18 |
| 7 | 04/05/2007 | | 3,950.00 | 674.06 | 3,275.94 | 158,498.24 |
| 8 | 05/05/2007 | | 3,950.00 | 660.41 | 3,289.59 | 155,208.65 |
| 9 | 06/05/2007 | | 3,950.00 | 646.70 | 3,303.30 | 151,905.35 |
| 10 | 07/05/2007 | | 3,950.00 | 632.94 | 3,317.06 | 148,588.29 |
| 11 | 08/05/2007 | | 3,950.00 | 619.12 | 3,330.88 | 145,257.41 |
| 12 | 09/05/2007 | | 3,950.00 | 605.24 | 3,344.76 | 141,912.65 |
| 13 | 10/05/2007 | | 3,950.00 | 591.30 | 3,358.70 | 138,553.95 |
| 14 | 11/05/2007 | | 3,950.00 | 577.31 | 3,372.69 | 135,181.26 |
| 15 | 12/05/2007 | | 3,950.00 | 563.26 | 3,386.74 | 131,794.52 |
| 2007 Totals | | 0.00 | 47,400.00 | 7,673.85 | 39,726.15 | |
| 16 | 01/05/2008 | | 3,950.00 | 549.14 | 3,400.86 | 128,393.66 |
| 17 | 02/05/2008 | | 3,950.00 | 534.97 | 3,415.03 | 124,978.63 |
| 18 | 03/05/2008 | | 3,950.00 | 520.74 | 3,429.26 | 121,549.37 |
| 19 | 04/05/2008 | | 3,950.00 | 506.46 | 3,443.54 | 118,105.83 |
| 20 | 05/05/2008 | | 3,950.00 | 492.11 | 3,457.89 | 114,647.94 |
| 21 | 06/05/2008 | | 3,950.00 | 477.70 | 3,472.30 | 111,175.64 |
| 22 | 07/05/2008 | | 3,950.00 | 463.23 | 3,486.77 | 107,688.87 |
| 23 | 08/05/2008 | | 3,950.00 | 448.70 | 3,501.30 | 104,187.57 |
| 24 | 09/05/2008 | | 3,950.00 | 434.11 | 3,515.89 | 100,671.68 |
| 25 | 10/05/2008 | | 3,950.00 | 419.47 | 3,530.53 | 97,141.15 |
| 26 | 11/05/2008 | | 3,950.00 | 404.75 | 3,545.25 | 93,595.90 |
| 27 | 12/05/2008 | | 3,950.00 | 389.98 | 3,560.02 | 90,035.88 |
| 2008 Totals | | 0.00 | 47,400.00 | 5,641.36 | 41,758.64 | |
| 28 | 01/05/2009 | | 3,950.00 | 375.15 | 3,574.85 | 86,461.03 |
| 29 | 02/05/2009 | | 3,950.00 | 360.25 | 3,589.75 | 82,871.28 |
| 30 | 03/05/2009 | | 3,950.00 | 345.30 | 3,604.70 | 79,266.58 |

| | Date | Lease | Lease Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 31 | 04/05/2009 | | 3,950.00 | 330.28 | 3,619.72 | 75,646.86 |
| 32 | 05/05/2009 | | 3,950.00 | 315.20 | 3,634.80 | 72,012.06 |
| 33 | 06/05/2009 | | 3,950.00 | 300.05 | 3,649.95 | 68,362.11 |
| 34 | 07/05/2009 | | 3,950.00 | 284.84 | 3,665.16 | 64,696.95 |
| 35 | 08/05/2009 | | 3,950.00 | 269.57 | 3,680.43 | 61,016.52 |
| 36 | 09/05/2009 | | 3,950.00 | 254.24 | 3,695.76 | 57,320.76 |
| 37 | 10/05/2009 | | 3,950.00 | 238.84 | 3,711.16 | 53,609.60 |
| 38 | 11/05/2009 | | 3,950.00 | 223.37 | 3,726.63 | 49,882.97 |
| 39 | 12/05/2009 | | 3,950.00 | 207.85 | 3,742.15 | 46,140.82 |
| 2009 Totals | | 0.00 | 47,400.00 | 3,504.94 | 43,895.06 | |
| 40 | 01/05/2010 | | 3,950.00 | 192.25 | 3,757.75 | 42,383.07 |
| 41 | 02/05/2010 | | 3,950.00 | 176.60 | 3,773.40 | 38,609.67 |
| 42 | 03/05/2010 | | 3,950.00 | 160.87 | 3,789.13 | 34,820.54 |
| 43 | 04/05/2010 | | 3,950.00 | 145.09 | 3,804.91 | 31,015.63 |
| 44 | 05/05/2010 | | 3,950.00 | 129.23 | 3,820.77 | 27,194.86 |
| 45 | 06/05/2010 | | 3,950.00 | 113.31 | 3,836.69 | 23,358.17 |
| 46 | 07/05/2010 | | 3,950.00 | 97.33 | 3,852.67 | 19,505.50 |
| 47 | 08/05/2010 | | 3,950.00 | 81.27 | 3,868.73 | 15,636.77 |
| 48 | 09/05/2010 | | 3,950.00 | 65.15 | 3,884.85 | 11,751.92 |
| 49 | 10/05/2010 | | 3,950.00 | 48.97 | 3,901.03 | 7,850.89 |
| 50 | 11/05/2010 | | 3,950.00 | 32.71 | 3,917.29 | 3,933.60 |
| 51 | 12/05/2010 | | 3,950.00 | 16.40 | 3,933.60 | 0.00 |
| 2010 Totals | | 0.00 | 47,400.00 | 1,259.18 | 46,140.82 | |
| Grand Totals | | 183,420.12 | 201,450.00 | 18,029.88 | 183,420.12 | |

+ Late charges 790.00
$184,210.12