CONTINENTAL BANK

May 24, 2007

VIA: CERTIFIED MAIL

Mr. Jeffrey Denesha
Bourne Bridge Auto Sales, Inc.
527 Station Avenue
South Yarmouth, MA 02664

RE: Notice of assignment of Lease Number 1302200512 by and between Bourne Bridge Auto Sales, Inc. as Lessee and Continental Bank as Lessor (as assigned by Nationwide Capital Corporation as the original Lessor)

Dear Mr. Denesha,

You are hereby notified that Continental Bank has assigned all of its right, title and interest under Lease No. 1302200512 and its security interest in the equipment to BZ Results, LLC c/o Scott T. Spear, Esq., Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence, RI 02903.

Any further matters relating to this Lease should be addressed to Scott Spear at Blish Cavanagh, LLP. Thank you.

Sincerely,

Lisa Denney
V. President

cc: Scott Spear, Blish & Cavanagh
Mike Bennett, Nationwide Capital Corporation