# RELEASE AND ASSIGNMENT OF LEASE AND LICENSE

## (WITHOUT RECOURSE)

| | |
|---|---|
| LESSEE: | Bourne Bridge Auto Sales, Inc. |
| ADDRESS: | 527 Station Avenue<br>South Yarmouth, MA 02664 |
| LESSOR / ASSIGNOR: | Continental Bank |
| DATE OF LEASE: | October 10, 2005 (dated by Lessee); November 8, 2005 |
| LEASE NUMBER: | 1302200512 |
| DATE OF ASSIGNMENT: | April 9, 2007 |

For valuable consideration, the receipt of which is hereby acknowledged, per the Letter Agreement dated June 15, 2005 ("Letter Agreement") between Continental Bank (herein "Assignor"), Nationwide Capital Corporation (herein "Nationwide") and BZ Results, LLC (herein "Assignee") (formerly known as B&Z Productions, LLC), the Assignor hereby sells, assigns, transfers and sets over to Assignee, without recourse as to the financial ability of the Lessee to pay, all of Assignor's rights, title and interest in and to the following:

1. The attached Lease and all documents (collectively referred to herein as the Lease).

2. The Property referred to in the Lease, more particularly, one (1) Digital Marketing System Software License # 2162-368 (herein "Property").

Meaning and intending to convey the same Lease and Property assigned to Assignor by Nationwide pursuant to Assignment of Lease dated November 9, 2005.

The Assignor expressly warrants and represents that the Lessee has defaulted upon the payment obligation contained in the Lease and said payment obligation is more than sixty (60) days past due (3 or more payments due) and that the consideration paid by Assignee hereunder is an amount equal to the Discounted Net Bank Value as set forth and defined in the Letter Agreement.

The Assignor further expressly warrants and represents that the Lease and Property are free and clear of all liens, claims and encumbrances created by Assignor from the date upon which they were acquired from Nationwide to the date hereto.

The Assignor expressly warrants and represents that the Lease and related documents arise out of a Lease with the person therein named as Lessee, that all payments received as to said Lease, have been made by Lessee in cash and not otherwise; and that the Assignor has not and will not create any other lien, mortgage, encumbrance or security interest upon the Lease or the Property covered by the Lease and License hereby assigned.

The Assignor states to the best of its knowledge and belief that the Lease and all documents connected therewith including guarantees, if any, and each of them are genuine and in all respects what they purport to be and are enforceable according to their terms.

Assignor, for itself, and its successors and assigns hereby releases Assignee, its successors and assigns, for all obligations, and waive all rights and release and discharge any and all claims, actions, cause of action, suits, debts, sums of money, accounts or demands, arising from or by virtue of said Letter Agreement but only as to the Lease and Property set forth herein.

Subject to the foregoing, Assignor conveys to the Assignee, the Lease and all rights, title and interest in and to the Property conveyed and granted hereunder on an "AS-IS, WHERE-IS" basis without representation or warranty, along with all original documents originally assigned to and received by Assignor.

This Agreement has been delivered to Assignee and shall be construed under the laws of the State of Rhode Island.

ASSIGNOR:

Continental Bank

By:

Title: President

ASSIGNEE:

BZ Results, LLC

By:

Title: [illegible]