AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

BZ Results, LLC

V.

Bourne Bridge Auto Sales, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 07 265 T

TO: (Name and address of Defendant)

Bourne Bridge Auto Sales, Inc.
c/o Jeffrey Michael Denesha
527 Station Avenue
South Yarmouth, MA 02664

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Staci L. Kolb, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE July 11, 2007

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7/13/07 |
|---|---|
| NAME OF SERVER *(PRINT)* Staci L. Kolb | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): By delivering a copy of the summons and complaint by certified mail and return receipt requested.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 17, 2007
Date

[signature]
Signature of Server

30 Exchange Terrace, Providence, RI 02903
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To: Bourne Bridge Auto Sales, Inc.

| | |
|---|---|
| Postage | $ 1.98 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.78 |

Postmark Here

Name (Please Print Clearly) (to be completed by mailer)
Bourne Bridge Auto Sales, Inc.
c/o Jeffrey Michael Denesha
527 Station Avenue
South Yarmouth, MA 02664

7099 3400 0007 3027 4061

PS Form 3800, July 1999 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bourne Bridge Auto Sales, Inc.
c/o Jeffrey Michael Denesha
527 Station Avenue
South Yarmouth, MA 02664

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name) LINDA Gonet   C. Date of Delivery 7/13/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7099 3400 0007 3027 4061

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

14 JUL 2007 PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**BLISH & CAVANAGH, LLP**
**Commerce Center**
**30 Exchange Terr.**
**Providence, RI 02903**
Attention: Staci L. Kolb