**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

BZ RESULTS, LLC.

VS. C.A. FILE NO.: 07-265T

BOURNE BRIDGE AUTO SALES, INC.

**ANSWER OF DEFENDANT, BOURNE BRIDGE AUTO SALES, INC.**

Defendant, Bourne Bridge Auto Sales, Inc., answers the plaintiff's Complaint as follows:'

**FIRST DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

Defendant affirmatively pleads that the digital marketing system which is the subject of the lease is defective and inoperative and the defendant therefore denies that it is liable to the plaintiff for the balance of the payments under the lease.

**THIRD DEFENSE**

Defendant affirmatively pleads that the plaintiff's predecessor B&Z Productions, LLC, through its agents and employees, made false and fraudulent misrepresentations to the defendant regarding the plaintiff's digital marketing system and software license. In reliance on the false and fraudulent representations of B&Z Productions, LLC, the defendant executed the Lease Agreement with Nationwide Capital Corporation. The plaintiff ought to be precluded from collecting from the defendant under the Lease Agreement based on its false and fraudulent representations to the defendant.

**FOURTH DEFENSE**

The defendant affirmatively pleads the defense of unconscionability.

**FIFTH DEFENSE**

The defendant affirmatively pleads the defense of failure of consideration.

**SIXTH DEFENSE**

The defendant affirmatively pleads that the plaintiff failed to mitigate its damages.

**SEVENTH DEFENSE**

The defendant is no longer using the software or deriving any benefit from the software that is the subject matter of the lease and therefore the defendant should not be liable for periods of time when it did not utilize the software.

**EIGHTH DEFENSE**

For a defense to the separate paragraphs in the Complaint, the defendant answers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Leave to proof.

6. Leave to proof.

7. Leave to proof.

8. Leave to proof.

9. Leave to proof.

10. Leave to proof.

11. Denied.

12. Denied.

13. Leave to proof.

14. Leave to proof.

15. Denied.

16. Leave to proof.

17. Leave to proof.

18. Leave to proof.

19. Leave to proof.

20. Leave to proof.

21. Denied.

22. Defendant repeats and realleges its answers to paragraphs 1 through 21 as if fully set forth.

23. Denied.

24. Denied.

25. Defendant repeats and realleges its answers to paragraphs 1 through 24 as if fully set forth.

26. Denied.

## NINTH DEFENSE

The defendant generally denies all averments contained in the plaintiff's Complaint except those it has expressly admitted.

WHEREFORE, defendant Bourne Bridge Auto Sales, Inc. demands that the plaintiff's Complaint be denied and dismissed and the defendant be awarded attorney's fees and costs in the defense of this matter.

Defendant
By Its Attorneys
FINAN & GROURKE

/s/ Edward F. Grourke
Edward F. Grourke #2557
24 Spring Street
Pawtucket, RI 02860
401-723-6800
401-726-6340
efg@finangrourke.com

Defendant hereby claims a trial by jury.

DATE: October 23, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within Answer was filed through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 23rd day of October, 2007.

/s/ Edward F. Grourke #2557