**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

BZ RESULTS, LLC.

VS. C.A. FILE NO.: 07-265T

BOURNE BRIDGE AUTO SALES, INC.

**COUNTERCLAIM**

1. The defendant Bourne Bridge Auto Sales, Inc., (Bourne Bridge) is a Massachusetts Corporation with its principal place of business located in South Yarmouth, Massachusetts.

2. Plaintiff BZ Results, LLC, (BZ) is a Rhode Island Limited Liability Company with its principal place of business in Coventry, Rhode Island. BZ Results, LLC, was formerly known as B&Z Productions, LLC.

3. In September of 2005 a sales representative employed by B&Z Productions, LLC approached Bourne Bridge with a proposal for a website and web based digital marketing system.

4. Plaintiff's sales representative guaranteed that the plaintiff's products and services would be result in a dramatic increase in the sale of motor vehicles at the defendant's dealership.

5. Defendant relied on the plaintiff's representations and entered into a contract with the plaintiff.

6. The defendant trained its employees, promoted the website, and invested additional money to promote BZ's marketing program.

7. By early 2006 the defendant had experienced no increase in sales contrary to what had been promised by the plaintiff. Contrary to its promises, the plaintiff failed to provide technical support and the defendant never experienced any increase in sales as a result of the plaintiff's marketing program.

8. BZ breached its agreement with the defendant by failing to provide the goods and services that it promised.

9. As result of the plaintiff's breach of the contract with the defendant, the defendant suffered damages, including the payments that it made to BZ and its assignees; and additional money invested promoting the plaintiff's failed marketing program. The defendant suffered damage and losses as a result of plaintiff's breach.

WHEREFORE, the defendant Bourne Bridge demands Judgment in its favor against the plaintiff BZ for damages, attorney's fees, interest and costs and such other and further relief as the Court deems reasonable and just.

Defendant
By Its Attorneys
FINAN & GROURKE

/s/ Edward F. Grourke
Edward F. Grourke #2557
24 Spring Street
Pawtucket, RI 02860
401-723-6800
401-726-6340
efg@finangrourke.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within Counterclaim was filed through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 23rd day of October, 2007.

/s/ Edward F. Grourke #2557