**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **BZ RESULTS, LLC** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-265T** |
| | : | |
| **BOURNE BRIDGE AUTO SALES, INC.** | : | |
| | : | |
| **Defendant** | : | |

## BZ RESULTS, LLC'S REPLY TO THE COUNTERCLAIM OF BOURNE BRIDGE AUTO SALES, INC.

### First Defense

Defendant-in-counterclaim, BZ Results, LLC ("BZ"), hereby replies to the allegations set forth in the numbered paragraphs of the Counterclaim made by Plaintiff-in-counterclaim, Bourne Bridge Auto Sales, Inc. ("Bourne Bridge"), as follows:

1. BZ admits the allegations set forth in paragraph 1 of the Counterclaim.

2. BZ admits the allegations set forth in paragraph 2 of the Counterclaim.

3. BZ admits the allegations set forth in paragraph 3 of the Counterclaim.

4. BZ denies the allegations set forth in paragraph 4 of the Counterclaim.

5. BZ denies the allegations set forth in paragraph 5 of the Counterclaim.

6. BZ is without knowledge and/or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 6 of the Counterclaim and, therefore, denies those allegations

7. BZ denies the allegations set forth in paragraph 7 of the Counterclaim.

8. BZ denies the allegations set forth in paragraph 8 of the Counterclaim.

9. BZ denies the allegations set forth in paragraph 9 of the Counterclaim.

**Second Defense**

The Counterclaim fails to state a claim upon which relief can be granted and, therefore, it should be dismissed, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**Third Defense**

Bourne Bridge, by its own acts, actions, conduct, and/or failures to act, has waived any rights which it may have had to bring this Counterclaim, pursue it, and/or obtain the relief sought against BZ.

**Fourth Defense**

Bourne Bridge is estopped by its own acts, actions, conduct, and/or failures to act from bringing this Counterclaim pursuing it, and/or obtaining the relief sought against BZ.

**WHEREFORE**, BZ respectfully requests that the Counterclaim be dismissed, with prejudice, or that judgment enter in its favor, and that the Court award them their reasonable attorneys' fees, costs, and expenses incurred in defending against the Counterclaim.

PLAINTIFF and DEFENDANT-IN- COUNTERCLAIM
BZ RESULTS, LLC
By its Attorneys,

/s/ Staci L. Kolb

Staci L. Kolb (#5451)
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542
slk@blishcavlaw.com

**Certificate of Service**

I hereby certify that a copy of the foregoing Reply to Counterclaim was filed with the Clerk of the United States District Court for the District of Rhode this 20th Day of November, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Edward F. Grourke
efg@finangrourke.com

/s/ Staci L. Kolb
Staci L. Kolb

F:\DOCS\SLK\BZ\answertocc