**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BZ RESULTS, LLC**

**Plaintiff**

**V.** **C.A. NO.: 07-265T**

**BOURNE BRIDGE AUTO SALES, INC.**

**Defendant**

**ASSENTED TO MOTION TO CONTINUE SETTLEMENT CONFERENCE**

The defendant, Bourne Bridge Auto Sales, Inc., requests that the settlement conference scheduled for August 14, 2008 be rescheduled to the calendar of September 11, 2008 at 2:00 p.m. before a Magistrate Judge David L. Martin.

The reason for this request is that there is some outstanding discovery, the completion of which would assist in the settlement conference. The defendant's counsel also has scheduling conflicts on the afternoon of August 14, 2008.

The plaintiff's counsel assents to this request.

WHEREFORE, defendant requests that the settlement conference be rescheduled to the calendar of September 11, 2008.

Assented To:

/s/ Staci L. Kolb
Staci L. Kolb - #5451
Attorney for Plaintiff
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903
Te. No.: (401) 831-8900

/s/ Edward F. Grourke
Edward F. Grourke - #2557
Attorney for Defendant
FINAN & GROURKE
24 Spring Street
Pawtucket, RI 02860
Tel. No.: (401) 723-6800

**DATE: AUGUST 12, 2008**